Theodore HENDERSON, Petitioner-Appellant,

v.

NEVADA COUNTY SUPERIOR COURT, STATE OF CALIFORNIA, Respondent-Appellee.

No. 30087

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Sept. 17, 1970.

Theodore Henderson, pro se.

Thomas C. Lynch, Atty. Gen., of California, Sacramento, Cal., for respondent-appellee.

* Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

After a review of the record, we conclude that there is no federal jurisdiction in this case. Therefore, the Order appealed from is vacated, and the appeal is dismissed.